UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| Asia TV USA Ltd., MSM Asia Ltd., Star India Private Ltd., Viacom18 Media Private Limited, ARY Digital USA LLC, and DISH Network L.L.C.,<br><br>                Plaintiffs,<br>v.<br><br>Dibia Networks Limited and Abdellah Hamead,<br><br>                Defendants. | Case No. 17 Civ. 6977 (GBD)<br><br>**AFFIRMATION OF SERVICE** |

HUNG KIN WING, under penalty of perjury, declares and says:

I am employed and qualified as a solicitor in Hong Kong Special Administrative Region of the People's Republic of China, I am over the age of 18 and not a party to the within action. My business address is 32/F Harbour Centre, 25 Habrour Road, Hong Kong.

On October 20, 2017, I served the following documents on Dibia Networks Limited at the address Unit 1109, 11/F, Kowloon Centre, 33 Ashley Road, Tsimshatsui, Kowloon, Hong Kong, by personally delivering copies of those documents in a sealed envelope:

1. REQUEST FOR CLERK'S ENTRY OF CERTIFICATE OF DEFAULT (Doc. No. 14)
2. DECLARATION OF JAMIE S. RAGHU IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF CERTIFICATE OF DEFAULT (Doc. 14-1)
3. PROPOSED CLERK'S CERTIFICATE OF DEFAULT (Doc. 14-2)

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of October 2017 in Hong Kong Special Administrative Region of the People's Republic of China.

                                                                                      HUNG KIN WING