

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Robert Balin**
212-603-6440 tel
212-489-8340 fax

robbalin@dwt.com

November 29, 2017

**VIA ECF**

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse, Courtroom 11A
500 Pearl St.
New York, NY 10007-1312

    Re:    *Asia TV USA Ltd. et al. v. Dibia Networks Limited et al.*, **No. 17 Civ. 6977 (GBD) Request to Adjourn Initial Pretrial Conference**

Dear Judge Daniels:

    I represent Plaintiffs Asia TV USA Ltd., MSM Asia Ltd., Star India Private Ltd., Viacom18 Media Private Limited, ARY Digital USA LLC, and DISH Network L.L.C. (collectively, "Plaintiffs") in the above-captioned action.  I write to respectfully request a thirty-day adjournment of the initial pretrial conference, which is currently scheduled for December 6, 2017.

    Plaintiffs inadvertently overlooked the fact that Defendants Dibia Networks Limited ("Dibia") and Abdellah Hamead ("Hamead" and collectively, "Defendants") did not receive the Order scheduling the initial pretrial conference via ECF service since no appearances have been entered on Defendants' behalf in this matter.  In fact, Defendants have taken no action in the above-captioned matter and are in default.  (Plaintiffs' requests for Entry of Certificate of Default against Dibia and Hamead are currently pending before the Clerk of Court.  *See* Dkt. Nos. 14, 17.)  Notwithstanding Defendants' default, today we are serving copies of both the Order scheduling the initial pretrial conference and of this letter on Defendants.

    Plaintiffs request a thirty-day adjournment of the initial pretrial conference date to ensure that Defendants have sufficient notice of the conference.  Plaintiffs will promptly serve on Defendants this Court's order regarding our request to reschedule the initial pretrial conference.

                                           Respectfully submitted,

                                             /s/ Robert D. Balin

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com

November 29, 2017
Page 2


cc:     Dibia Networks Limited (via hand delivery)
        Abdellah Hamead (via federal express)