UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| Asia TV USA Ltd., MSM Asia LTD., Star India Private Ltd., Viacom 18 Media Private Limited, ARY Digital USA LLC, and DISH Network L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> Dibia Networks Limited and Abdellah Hamead, <br><br> Defendants. | Case No. 1:17-cv-06977 <br><br> **AFFIRMATION OF SERVICE** |

BONNIE ASKENASE-GOSHIN, under penalty of perjury, declares and says:

1. I am a paralegal at the New York office of Davis Wright Tremaine LLP ("DWT") located at 1251 Avenue of the Americas, 21st Fl., New York, NY 10020. DWT is counsel for plaintiffs Asia TV USA Ltd., MSM Asia LTD., Star India Private Ltd., Viacom 18 Media Private Limited, ARY Digital USA LLC, and DISH Network L.L.C., in the above-referenced action. I am over the age of 18 and not a party to the within action.

2. On April 12, 2018, per the Court's order, dated April 2, 2018, (Doc. No. 33) as described below, I served defendant Abdellah Hamead ("Hamead") the following documents filed in the above-referenced action by sending a copy of the documents to his personal email addresses (i) abdel@coi.org and (ii) ahamead@gmail.com using the RPost registered email system. Attached hereto as Exhibit A is a copy of the registered receipt of my communication with Hamead, which confirms that the message sent to email address ahamead@gmail.com was delivered and opened on April 12, 2018, and the message to abdel@coi.org was returned as undelivered.

    1. Printout of docket report for the above-referenced action;

2. AFFIDAVIT OF SERVICE. (Entered: 09/21/2017) (Doc # 13);

3. REQUEST TO ENTER DEFAULT against Dibia Networks Limited. (Entered: 10/19/2017) (Doc # 14);

4. CLERK CERTIFICATE OF MAILING to Abdellah Hamead, on 10/19/2017 by Federal Express tracking # 788129679087, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii). (smc) (Entered: 10/19/2017) (Doc # 15);

5. AFFIDAVIT OF SERVICE (Entered: 10/23/2017) (Doc # 16);

6. REQUEST TO ENTER DEFAULT (Entered: 11/28/2017) (Doc # 17);

7. LETTER MOTION to Adjourn Conference. (Entered: 11/29/2017) (Doc # 18);

8. ORDER: granting 18 Letter Motion to Adjourn Conference. (Entered: 11/30/2017) (Doc # 19);

9. AFFIDAVIT OF SERVICE on Dibia Networks Limited on November 30, 2017 and December 1, 2017. (Entered: 01/02/2018) (Doc # 20);

10. NOTICE of January 26, 2018 Letter to the Orders & Judgment's Clerk Re: Supplemental Affirmation in support of Plaintiffs' pending application for Clerk's entry of default against defendant Abdellah Hamead. (Entered: 01/29/2018) (Doc # 21);

11. CLERK'S CERTIFICATE OF DEFAULT as to Abdellah Hamead. (Entered: 01/29/2018) (Doc # 22);

12. REQUEST TO ENTER DEFAULT against Dibia Network Limited (Entered: 02/13/2018) (Doc # 23);

13. DECLARATION OF Hung Kin Wing in Support re: 23 Request to Enter Default. (Entered: 02/132018) (Doc # 24);

14. NOTICE of February 12, 2018 letter to the Orders & Judgments Clerk re: Request to Enter Default. (Entered: 02/13/2018) (Doc # 25);

15. CLERK'S CERTIFICATE OF DEFAULT: as to Dibia Networks Limited, issued on February 13, 2018. (dt) (Entered: 02/14/2018) (Doc # 26);

16. CERTIFICATE OF SERVICE on Dibia Networks Limited at its registered Hong Kong address located at 2003, 20/F, Tower 5, China Hong Kong City, 33 Canton Road, Tsim Sha Tsui, Kowloon, Hong Kong. (Entered: 02/22/2018) (Doc # 27);

17. LETTER addressed to Judge George B. Daniels from Lacy H. Koonce, III dated March 27, 2018 re: Letter Application for Alternative Service for Defendant Abdellah Hamead. (Entered: 03/28/2018) (Doc # 28);

18. DECLARATION of L. Danielle Toaltoan re: 28 Letter, *Application for Alternative Service for Defendant Abdellah Hamead*. (Entered: 03/28/2018) (Doc # 29);

19. DECLARATION of Nicholas Braak re: 28 Letter, *Application for Alternative Service for Defendant Abdellah Hamead*. (Entered: 03/28/2018) (Doc # 30);

20. NOTICE OF APPEARANCE  (Entered: 03/28/2018) ) (Doc # 31);

21. NOTICE of Proposed Order re: 28 Letter. (Entered: 03/29/2018) ) (Doc # 32);

22. ORDER GRANTING PLAINTIFFS LEAVE TO SERVE DEFENDANT ABDELLAH HAMEAD BY EMAIL AND BY HAND DELIVERY TO THE REGISTERED HONG KONG OFFICE OF DIBIA NETWORKS LIMITED: IT IS HEREBY ORDERED that: 1. The Motion is GRANTED. 2. Plaintiffs may serve all papers and pleadings in this action on Hamead by way of (a) electronic mail to the unique email addresses ahamead@gmail.com and abdel@coi.org (which unique email addresses are used by Hamead in conjunction with his social media accounts and his registration of the domain "coi.org."), and (b) hand delivery to the registered office address of Dibia Networks Limited in Hong Kong. Plaintiffs have demonstrated that this alternate method of service provides adequate notice to Hamead. Plaintiffs shall further use the service RPost, which provides valid proof of authorship, content (email body and attachments), delivery and official time sent and received, to effectuate service on Hamead by electronic mail. (Entered: 04/02/2018) ) (Doc # 33);

23. LETTER re: Adjournment of Conference Scheduled for April 11, 2018. (Entered: 04/09/2018) ) (Doc # 34); and

24. MEMO ENDORSEMENT on re: 34 Letter. ENDORSEMENT: The conference is adjourned to May 23, 2018 at 9:30 a.m. (Entered: 04/11/2018) (Doc # 35).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of May 2018 in New York, New York.

_____
BONNIE ASKENASE-GOSHIN