**Davis Wright Tremaine LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 7 2018

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

Lacy H. Koonce, III
212-603-6467 (tel)
212-489-8340 (fax)

lancekoonce@dwt.com

May 16, 2018

**VIA ECF AND HAND DELIVERY**

The Honorable Judge George B. Daniels
500 Pearl Street
Room 1310
New York, NY 10007

MAY 1 7 2018

**SO ORDERED**
The conference is adjourned to
June 27, 2018 at 9:45 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Re: *Asia TV USA Ltd. et al. v. Dibia Networks Limited, et al*, Case No. 17 Civ. 6977
**Letter Requesting Adjournment of Conference Scheduled for May 23, 2018**

Dear Judge Daniels:

We represent Plaintiffs Asia TV USA Ltd., MSM Asia Ltd., Star India Private Ltd., Viacom18 Media Private Limited, ARY Digital USA, and DISH Network L.L.C. (collectively "Plaintiffs") in the above-captioned action (the "Action"). On behalf of Plaintiffs, we are writing to respectfully request a 30-day adjournment of the status conference, which is currently scheduled for May 23, 2018, to provide sufficient notice to defendants Dibia Networks Limited ("Dibia") and Abdellah Hamead ("Hamead," and collectively with Dibia, "Defendants") of the conference and also for Plaintiffs to file its moving papers for a default judgment.

Given that Hamead's recent whereabouts have been unknown since November 2017, this Court recently granted Plaintiffs leave to serve Hamead by way of email and through hand delivery on Dibia [Dkt. No. 33] (the "Order"). Plaintiffs have completed service of all prior papers filed in this Action on Hamead by email as specified in the Order. However, due to the fact that Dibia has recently changed its registered address, Plaintiff's foreign counsel is still in the process of serving Hamead and Dibia and Dibia by hand delivery. Plaintiff's foreign counsel has located Dibia's new corporate address and intends to complete service by hand delivery by May 17, 2018. In light of these efforts, however, Plaintiffs respectfully request a 30-day adjournment of the status conference to ensure that Defedants have sufficient notice of the conference and developments in the case.

Additionally, Plaintiffs anticipate moving for default judgment against Defendants within a matter of weeks. Plaintiffs will of course ensure that the Defendants are properly served notice of their moving papers. Therefore, it may be most expedient to adjourn the pending status conference until such time that this motion can be discussed with the Court.

4812-9608-2022v.1 0090227-000009

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com

May 16, 2018
Page 2

      This letter constitutes Plaintiffs' third request for an adjournment of time in this Action. The first request for a thirty-day adjournment of the initial pretrial conference was granted on November 30, 2017. The second adjournment was granted on April 11, 2018. Since Defendants have not contacted Plaintiffs and are in default in this Action, Plaintiffs have not been able to obtain the consent of Defendants to this request for an adjournment.

      Respectfully yours,

**Davis Wright Tremaine LLP**

*Lacy H. Koonce/ldr*

Lacy H. Koonce, III

cc:   Dibia Networks Limited (via hand delivery)
      Abdellah Hamead (via email to Hamead and hand delivery on Dibia)