UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| Asia TV USA Ltd., MSM Asia LTD., Star India Private Ltd., Viacom 18 Media Private Limited, ARY Digital USA LLC, and DISH Network L.L.C.,<br><br>      Plaintiffs,<br><br>v.<br><br>Dibia Networks Limited and Abdellah Hamead,<br><br>      Defendants. | Case No. 1:17-cv-06977<br><br>**AFFIRMATION OF SERVICE** |

BONNIE ASKENASE-GOSHIN, under penalty of perjury, declares and says:

1. I am a paralegal at the New York office of Davis Wright Tremaine LLP ("DWT") located at 1251 Avenue of the Americas, 21st Fl., New York, NY 10020. DWT is counsel for plaintiffs Asia TV USA Ltd., MSM Asia LTD., Star India Private Ltd., Viacom 18 Media Private Limited, ARY Digital USA LLC, and DISH Network L.L.C., in the above-referenced action. I am over the age of 18 and not a party to the within action.

2. On August 9, 2018, I served defendant Abdellah Hamead ("Hamead") the following document filed in the above-referenced action by sending a copy of the documents to his personal email addresses (i) abdel@coi.org and (ii) ahamead@gmail.com using the RPost registered email system: MEMO ENDORSEMENT adjourning the Court conference to September 26, 2018 at 10:30 a.m. (Entered: 07/30/2018) (Doc # 49). Attached hereto as Exhibit A is a copy of the registered receipt of my communication with Hamead.

4851-1202-2128v.1 0090227-000009

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of August 2018 in New York, New York.

*Bonnie Askenase-Goshin*
BONNIE ASKENASE-GOSHIN

**EXHIBIT A**

## dwtenforcement

| | |
|---|---|
| **From:** | Acknowledgement <acknowledge@r1.rpost.net> |
| **Sent:** | Thursday, August 09, 2018 3:48 PM |
| **To:** | dwtenforcement |
| **Subject:** | Ack: Asia TV USA Ltd., et al. v. Dibia Networks Limited, et al. - Case No. 1:17-cv-06977 (GBD) |

## RMail Acknowledgement - Proof of Sending

**You have 4 messages left in your free account this month.**

If you are using a free account, your limit is 5 messages per month.

To continue using RMail after you reach your monthly limit, you may either:

1. Purchase a service plan at www.rmail.com/pricing, or
2. Wait until your account usage resets to zero on the first day of the next month

This message certifies that the email below was sent.

| Categories | Message Details |
|---|---|
| To: | <ahamead@gmail.com> <abdel@coi.org> |
| Cc: | <danielletoaltoan@dwt.com> |
| Subject: | Asia TV USA Ltd., et al. v. Dibia Networks Limited, et al. - Case No. 1:17-cv-06977 (GBD) |
| Received by RMail: | (UTC) 8/9/2018 7:48:15 PM    (Local) 8/9/2018 3:48:15 PM |
| Tracking Number: | BF3AA12E48A63CEA4B0EB2175DDE4D54FBF36DBA |
| Client Code: | |

**Notes:**
1. *UTC represents Coordinated Universal Time: http://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com.    An RPost® Technology