

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Lacy H. Koonce, III**
212-603-6467  (tel)
212-379-5207  (fax)

lancekoonce@dwt.com

September 21, 2018

**VIA ECF AND HAND DELIVERY**

The Honorable Judge George B. Daniels
500 Pearl Street
Room 1310
New York, NY 10007

> **Re:**   ***Asia TV USA Ltd. et al. v. Dibia Networks Limited, et al,* Case No. 17 Civ. 6977**
> **Letter Requesting Adjournment of Conference Scheduled for September 26,**
> **2018**

Dear Judge Daniels:

We represent Plaintiffs Asia TV USA Ltd., MSM Asia Ltd., Star India Private Ltd., Viacom18 Media Private Limited, ARY Digital USA, and DISH Network L.L.C. (collectively "Plaintiffs") in the above-captioned action (the "Action"). Today, on September 21, 2018, we received a call from your Clerk, who sought guidance on whether to adjourn the status conference scheduled for September 26, 2018. Pursuant to that conversation, we write to request that the Court adjourn the status conference scheduled in this Action for an additional month, at which time the parties may be heard on the default judgment motion. We anticipate filing a default judgment motion by September 25, 2018. We further write to confirm that we have not heard from Defendants regarding this Action, and Defendants remain in default.

This letter constitutes Plaintiffs' sixth request for an adjournment. The prior requests for adjournment of the conferences were granted on November 30, 2017, April 11, 2018, May 17, 2018, June 22, 2018 and July 27, 2018.  Since Defendants have not contacted Plaintiffs and are in default in this Action, Plaintiffs' have not been able to obtain the consent of Defendants to this request for an adjournment. If, however, Plaintiffs' request is granted, we will promptly serve the Court's order adjourning the conference on Defendants.

4832-6711-6403v.2 0090227-000009

Anchorage        New York        Seattle
Bellevue          Portland        Shanghai
Los Angeles      San Francisco   Washington, D.C.

www.dwt.com

September 21, 2018
Page 2




Respectfully yours,

**Davis Wright Tremaine LLP**

*/s/ Lacy Herman Koonce, III*

Lacy Herman Koonce, III


cc:    Dibia Networks Limited (via hand delivery)
       Abdellah Hamead (via email to Hamead and hand delivery on Dibia)

4832-6711-6403v.2 0090227-000009